# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Mary Rose Ziman, | ) | Case no. 4:98-cr-070 |
| Defendant. | ) | |

Defendant Mary Rose Ziman ("Ziman") was convicted by a jury of conspiring to distribute controlled substances. She was subsequently sentenced to 324 months imprisonment. Judgment was entered on May 21, 2000. An amended judgment waiving Ziman's fine was entered on March 23, 2000.

On June 5, 2013, Ziman filed a Motion for Leave to Withdraw Record from Court. She asks the court to release the original record to counsel so that he may review it to determine whether she has any viable post-conviction avenues for relief.

The court appreciates that, given the age of this case, the record has not been digitized and thus is not accessible to counsel on PACER. Nevertheless, to ensure the record's preservation, the court is not inclined to release the original, paper record, particularly when it appears that access to a copy of it would suffice for counsel's purposes. Ziman's motion (Docket No. 338) is therefore **DENIED** with the understanding that counsel can alternatively examine the record on-site or obtain a copy of the record from the Clerk's office at Ziman's expense.

**IT IS SO ORDERED.**

Dated this 14th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court